14CV0190

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jimmy Ribot

*(In the space above enter the full name(s) of the plaintiff(s).)*

COMPLAINT

-against-

New York City Police Dept.
John Doe #1 Detective Robbery Squad 7th precent,
John Doe #2 Detective Robbery squad 7th precent

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Jimmy Ribot - 3491317490 - AMKC C-95
Street Address 18-18 Hazen Street
County, City East Elmhurst, New York
State & Zip Code 11370
Telephone Number 212-964-3501 (Home number)

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name New York City Police Department
Street Address 19 1/2 PiH Street

Rev. 05/2010

County, City **New York, NY**
State & Zip Code **10002**
Telephone Number **212-477-7311**

Defendant No. 2   Name **John Doe #1, Detective Robbery squad**
Street Address **19 1/2 Pitt Street**
County, City **New York, NY**
State & Zip Code **10002**
Telephone Number **212-477-7311**

Defendant No. 3   Name **John Doe #2 Detective Robbery**
Street Address **Squad, 19 1/2 Pitt Street**
County, City **New York NY 10002**
State & Zip Code
Telephone Number **212-477-7311**

Defendant No. 4   Name
Street Address
County, City
State & Zip Code
Telephone Number

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions     ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Civil Rights Violation**

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship
Defendant(s) state(s) of citizenship

III.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

Rev 05/2010

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 19 1/2 PHt Street New York, N.Y. 10002  7th precent

B. What date and approximate time did the events giving rise to your claim(s) occur? Febuary 27th 2013 Approximately 10:30 Am

C. Facts:

> *What happened to you?*

On Febuary 27th 2013, I Jimmy Ribot was taken into custody, Datained by Dectives of the 7th precent for questioning on an Attempted Robbery. I was shown a video of a Robbery in progress and told I was Identified as the perpertrator of the crime.

> *Who did what?*

Detective John Doe #1, 7th precent Robbery squad and Detective John Doe #2 7th Precent, Both claimed there was an eye witness to the crime and that plaintiff should confess.

> *Was anyone else involved?*

Both Detectives claimed that there was another person who was involved in committing to crime and that Plantiff should ID such person.

> *Who else saw what happened?*

Supervisor of Robbery squad 7th precent and several John Does of the same Robbery Squad.

IV. Injuries: As state Below all claims proved to be false.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Plaintiff suffered trama, Mental Anguish pain and suffering. Because of the events that transpired on Febuary 27, 2013 After being unlawfully Detained, falsely Arrested, imprisoned, and Right to freedom violated. Plaintiff suffered Fear and panic Attacks and had to be medicated and hospitalized at Beth Isreal medical Center.

Rev. 05/2010

At this time Plaintiff Responded to the Charges by claiming his innocence and demanding his release. Both Detectives John Doe #1 and 2 refused to released Plaintiff and Instead Arrested and Charged Plaintiff with Robbery/Reckless endangerment.

Plaintiff was than escorted to Central Booking After and Interview with the Manhattan DA the decision was made ~~in~~ by the District Authorney that a line-up ~~photo~~ had to be conducted.

On the morning of Febuary 28th 2013 Plaintiff Sat in a line up which resulted in Plaintiffs not being positively Identifed as the person who committed the crime.

Plaintiff was not released. Instead plaintiff was Charged and Jailed. Finally after spending seven days incarcerated, No complaining witness, no Indictment Plaintiff was released.

On October 15, 2013 Plaintiff Appeared to scheduled court date, and was informed by court Clerk that Plaintiffs case had been dismissed three weeks pryor, in September

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Plaintiff seeks from the courts monetary damages and compensation in the Amount of $500,000.00 dollars.

The Bases for such compensation include plaintiffs pain and suffering, mental Anguish, false Arrest, false imprisonment and violation to Right to freedom, And otherwise suffering from extreme emotional distress including loss of sleep And appetite. New York city police Department and its detectives Crossly violated plaintiffs Civil Rights by ARResting and detaining Plaintiff After A non positive ID by Complaining witness, shows cross negligence.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of December, 2013

Signature of Plaintiff  Jimmy Rilart

Mailing Address  250 Clinton Street
New York, N.Y.
10002

Telephone Number  212-964-3501

Fax Number (if you have one) _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 24 day of December, 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Jimmy Rilart

Inmate Number  34913174490

Rev. 05/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___Jimmy RiboT_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

____ Civ. _____ (___) (___)

- against -

New York city police Department
John Doe#1 - Detective Robbery squad
007 precent.
John Doe#2 - Detective Robbery squad 007 precent

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**AFFIRMATION OF SERVICE**

I, _____, declare under penalty of perjury that I have
         *(name)*

served a copy of the attached _____
                                        *(document you are serving)*

upon _____ whose address is _____
        *(name of person served)*

_____
*(where you served document)*

by _____
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: _____, _____
        *(town/city)*   *(state)*

       _____ ___, 20___
        *(month)*  *(day)* *(year)*

Signature _____

Address _____

City, State _____

Zip Code _____

Telephone Number _____

*Rev. 05/2010*