USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _____6/4/14_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Jimmy Ribot_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_City of New York_

_Raymond ALicea-Sheild #434_

_James Gillespie -Sheild # 7488_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☑ Yes   ☐ No
(check one)

14 Civ. 190 (RWS)

JUN 4 2014

PRO SE OFFICE

I.      **Parties in this complaint:**

A.      List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name _Jimmy Ribot_
              ID# _349131 490_
              Current Institution _18-18 Hazen Street_
              Address _EAst ELMHurst New York_
                           _11370_

B.      List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _City of New York_ Shield # _____
                  Where Currently Employed _New York City Corporation counseL_
                  Address _100 CHurCH Street_
                          _New York, NY. 1000 7_

_Rev. 01/2010_                                         1

Jimmy Ribot
B# 3491317490
AMKC-C95
18-18 Hazen Street
East Elmhurst, New York
11370


Clerk of The Southern District
Court


Re: Jimmy Ribot V.   City of New York      5Hied#
Detectives, Raymond Alicea #434 + James Gillespie 7488
CASE # 1:14-cv-00190

Request to Amend Complaint


     Your Honor, This plaintiff would like to   Amend his complaint
to include and clarify information that may not have been ledgable and
or incorrectly stated.


AMENDMENT


     Again on 2-27-13 I was arrested by the TWO   detectives that I
have named in this complaint. I was charged with robbery, I was shown
a video that supposedly was proof that I was involved in a robbery;
in actuality the video produced no proof and established that I  was
not in the video, I was placed in a line up and excluded as not a
suspect and I was placed in jail
     Despite all evidence for me and excluding me I was still treated
like a criminal and falsely charged. I was forced to sit through
long interviews to gain a confession for a crime that I did not commit.

This plaintiff has named two arresting detectives of the N.Y.C.
police Department as defendant Alicea - Shield # Raymond + Gillespie - 7488 James # 434 as the primary
defendants based on the following facts: On the above listed date this
plaintiff was taken to the 7th precinct in Manhattan and questioned
by said detectives about an alleged Robbery attempt.

I was shown a video in their possession and immediately noticed that
they had the wrong suspect as the video did not identify me. The defen-
dants insisted that I was the indivdual in the video and proceeded to
state that an eyewitness was in fact ready to identify me.

I was placed in a line-up and the eyewitness did not identify me as
the suspect. The defendants then pursued an intense questioning tactic
and demanded that I confess or they would make my life a " living hell".
In keeping with their word and promise, I was falsely charged with the
alleged Robbery attempt despite all of the evidence that cleared me.

On 10-15-13 this plaintiff appeared at the scheduled court date to
appear in answer to the false charges against me only to be told that
all charges had been dropped and dismissed by the District Attorney's
Office and that they dismissed three weeks prior to that court date.

This plaintiff suffered being wrogfully and falsely arrested, charged,
jailed and mistreated only to be exonerated when I insisted that the
evidence had been for me and the defendants knew what they were doing
was wrong.

They clearly stated to this plaintiff that they did not give a "F___
we're still charging you". This plaintiff spent a total of seven days
in jail, suffered severe depression and mental anguish to the point of
being medically treated and hospitalized.

This plaintiff was seperated from my family and life situations that
set me back finacially and affected my responsibilities pertaining
appointments and obligations within the time frame of my arrest and
detained period.

In terms of damages, this plaintiff is seeking punitive damages to be determined by the Jury and court at the end of the requested trial. This plaintiff seeks Declatory Judgement for the court to enforce on my behalf. And monotoury compensation in the amount of $ 500,000,

This plaintiff has previously file a Complaint and the crux of the case has been detailed for the court. This Amended Complaint is in compliance with the court's request.

The original Coplaint was sent in January of this year and this Amended Complaint is now put forth for the court's calender date to be set. This Plaintiff would like to thank the Clerk and Court for their patience and I hope that the case may now proceed into Discovery phase.

Dated May 23, 2014

Jimmy Rihal
18-18 Hazen Street
East Elmhurst, New York
11370

May 23, 2014

Dear Court Clerk,

    I wrote a letter to the Judge, requesting permission to Amend complaint to Add John Doe Identifies. I believe I neglected to enclose the Amended complaint with the letter. In Any Case please Attach the enclosed complaint to the letter to Judge Sweet, and allow it to supersede any previous Amended complaints. you May destory the other, or set it Back to me.

                                  Thank you,

                                    Jimmy Robert



Jimmy Ribot-349131749O-Aukc
18-18 Hazen Street
East Elmhurst, New York
11370

Pro se office
Court Clerk
United States District Court
Southern District
500 Pearl Street
New York, N.Y. 10007