UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

JIMMY RIBOT,

                  Plaintiff,                  14 Civ. 190

    -against-                              OPINION

City of New York, et al.

                  Defendants.

------------------------------------X

A P P E A R A N C E S:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-16

        <u>Pro Se</u>

        JIMMY RIBOT
        14-R-2192
        Queensboro Corr. Fac.
        47-04 Van Dam Street
        Long Island City, NY 11101


        <u>Attorneys for Defendants</u>

        THE NEW YORK CITY LAW DEPARTMENT
        100 Church Street
        New York, NY 10007
        By:  Daniel H. Oliner, Esq.

**Sweet, D.J.**

The Court by order of January 25, 2016 ("the January 25 Order") treated the December 29, 2015 letter of the Defendants requesting permission to move for summary judgment as a motion for summary judgment and the January 21, 2016 letter of the Plaintiff, *pro se*, as a memorandum in opposition. The Defendants have submitted an additional letter as a reply on February 19, 2016.

Regrettably, upon reconsideration, the January 25 Order has proven unsuccessful in simplifying the issues in this action in which the Plaintiff, *pro se*, alleges that he was falsely arrested. Compliance with Local Rule 56.1 is appropriate, particularly in view of the status of the Plaintiff who is incarcerated.

1

For these reasons, the December 29, 2015 motion of the Defendants is denied with leave granted to renew.

It is so ordered.

**New York, NY**
**May/3 , 2016**

_____
ROBERT W. SWEET
U.S.D.J.

2